**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | |
|---|---|
| Royann Bird, ) | |
| ) | |
| Plaintiff, ) | **ORDER SCHEDULING STATUS** |
| ) | **CONFERENCE** |
| vs. ) | |
| ) | |
| Dietmar Hanns-Juergen Bennett, M.D., ) | |
| ) | Case No. 4:05-cr-044 |
| Defendant. ) | |

The court shall conduct a brief status conference in the above-entitled action on Friday, March 24, 2006, at 9:00 a.m. CST. The conference shall be conducted via telephone conference call to be initiated by the court.

**IT IS SO ORDERED.**

Dated this 21st day of March, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1